FILED

05/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0310

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 21-0310

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

GALEN LEWIS HAWK,

      Defendant and Appellant.

## ORDER

Upon consideration of Defendant and Appellant's Motion For Extension Of Time (First), and with good cause shown, Defendant and Appellant Galen Hawk is hereby granted an extension of time until May 20, 2022 in which to prepare, file and serve Defendant and Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 11 2022